UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MAURICE A. YOUNG, <br><br> Plaintiff, <br><br> vs. <br><br> OFFICER PATRICK CAVANAUGH, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) 1:06-cv-526-SEB-VSS <br> ) <br> ) <br> ) <br> ) |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendants' motion for summary judgment is granted and that the plaintiff take nothing by his complaint.

Date: 01/24/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Maurice A. Young
P. O. Box 2392
Indianapolis, IN   46206

Ian L. Stewart
OFFICE OF CORPORATION COUNSEL
istewart@indygov.org